IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 FEB -7 A 9: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

LaKala Fields
_____
Full name and prison number
of plaintiff(s)

v.

Tuskegee City Court System
_____
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:07CV114-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            _____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Tuskegee, Alabama_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Tuskegee Alabama at Macon County Jail._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Ms. Angela Hamilton | 2806 Bennee Av Tuskegee, AL |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
_Jan. 19, 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Dec. 21 Judge Bulls, sentenced me (15) Fridays from 6AM to 6AM (Saturday morning). On Jan._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

19, 2007 Mrs. Hamilton came to the County (Jail) and told me I failed to get through a procedure at the police station. This was my 5th Friday no one told me anything about this procedure. I wasn't given a chance to follow this procedure, a hold was placed on me immediately.

GROUND TWO: "Discriminate"

SUPPORTING FACTS: There is another young lady whom does one day out of the week also. She don't know anything about this procedure. She reports to county (only) and leave the next day. I did the same procedure for (5) Friday without any problems.

GROUND THREE: "Emotional Distress"

SUPPORTING FACTS: I lost my job because I didn't go to work on Saturday Jan. 20, 2007. I am now getting help at the Mental Health Center. I am stressed out behind this whole case.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I wants justice and peace. I am doing this for everyone whom has or have been done wrong by Tuskegee Court System. I wants to suit Tuskegee Court System (City).

*LaKala Fields*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   1-31-07  .
(Date)

*LaKala Fields*
Signature of plaintiff(s)

4



LaKala Fields
2910 Pruitt Street
Tuskegee, Al 36088

Office of the Clerk
United State District Court
P.O. Box 711
Montgomery, Al. 36101-0711