IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| LAKALA FIELDS | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-114-MHT |
| TUSKEGEE CITY COURT SYSTEM, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon application of Plaintiff for *pauper* status, it is

ORDERED that Plaintiff' Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be and is hereby GRANTED pursuant to 28 U.S.C. § 1915(a)(1).

Done this 22nd day of February, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　　
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE