IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAKALA FIELDS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>TUSKEGEE CITY COURT )<br>SYSTEM, *et al.*, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.  3:07cv114 -MHT<br>(WO) |

**OPINION AND ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on February 22, 2007 (doc. # 3), that this case be dismissed pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).  After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B).

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2007.

                                                  /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE